IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01584-MSK-MEH

ZO SKIN HEALTH, INC.,

    Plaintiff,

v.

ADVANCED SKIN CARE, LLC, and
TARA K. SALZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2012.**

    Plaintiff's Motion for Preliminary Injunction [filed June 18, 2012; docket #2] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 5(d) and 65(a)[1] and with D.C. Colo. LCivR 7.1A. Rule 5(d) provides that all papers required to be served include a certificate of service, but the present motion contains no such certificate. Rule 65(a) provides that "[t]he court may issue a preliminary injunction only on notice to the adverse party"; however, there is no indication that the Plaintiff has notified Defendants of its request for preliminary injunction. Local Rule 7.1A requires that the Court refrain from considering any motion, other than a motion brought pursuant to Rules 12 or 56, unless the movant certifies that it has conferred with the opposing party regarding the disputed matter; here, the Plaintiff has provided no such certification.

---

[1] There is no indication in the motion that it is brought pursuant to Fed. R. Civ. P. 65(b).